| PROB 22 (Rev. 12/13) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 8:07CR00085-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: John Henry Monetti 14 Pine Oak Lane St. James, New York 11780 | DISTRICT District of Nebraska | DIVISION Omaha |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Joseph F. Bataillon Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/17/17 · TO 07/16/22 |

OFFENSE
Count II: Travel with Intent to Engage in a Sexual Act with a Juvenile [18 U.S.C. § 2423(b)] Count III: Travel with Intent to Engage in a Sexual Act with a Juvenile [18 U.S.C. § 2423(b)]

CR 18 029

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

SEYBERT, J.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1/16/2018
Date

Joseph F. Bataillon, Senior U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*